STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
WARRINGTON, PENNSYLVANIA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025
(COUNSEL FOR MOVANT)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| Harry C. Brown, Jr. | Bankruptcy Case: 15-13958 |
| Debtor(s) | |

**O R D E R**

AND NOW, this 8th day of December, 20 16 upon the Motion for Relief From Automatic Stay and upon Consent Order/Stipulation of Lakeview Loan Servicing, LLC and any successor in interest and Debtor, Harry C. Brown, Jr., approved by this Court and Certification of Default filed by counsel for Movant, after opportunity to cure, it is ORDERED and DECREED that:

The Automatic Stay of all proceedings, as provided under §362 of the Bankruptcy Code (The Code) 11 U.S.C. §362, is modified to allow Lakeview Loan Servicing, LLC and any successor in interest, to proceed with its under state and federal law concerning the Property (the "Property"): ***111 Oakley Road, Upper Darby, PA 19082***.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived and the requirements of Rule 3002.1 shall not apply to Movant.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE