STERN & EISENBERG, PC
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976
TELEPHONE: (215) 572-8111
FACSIMILE: (215) 572-5025

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re:<br><br>Harry C. Brown, Jr. | Chapter 13<br><br>Case Number: 15-13958-MDC |
|---|---|

### NOTICE OF APPEARANCE

Lakeview Loan Servicing[1][2], a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List[3]:

William E. Miller, Esquire
***STERN & EISENBERG, PC***
1581 MAIN STREET, SUITE 200
THE SHOPS AT VALLEY SQUARE
WARRINGTON, PA 18976

DATED THIS 14TH DAY OF DECEMBER, 2016.

By:    /s/William E. Miller, Esquire
☑  William E. Miller, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone:  (215) 572-8111
Facsimile:  (215) 572-5025
Bar Number:  308951
wmiller@sterneisenberg.com

---

1  Full title of Creditor is as follows: Lakeview Loan Servicing, LLC.
2  The current Servicer of this loan is M&T Bank.
3  For reference, the property address associated with the undersigned's representation is 111 Oakley Road, Upper Darby, PA 19082.

# **CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that a true and correct copy of the within Entry of Appearance and this Certificate, was sent to the Debtor(s), Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

Harry C. Brown, Jr.
111 Oakley Road
Upper Darby, PA 19082

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street
Suite 1813
Philadelphia, PA 19107

Michael S. Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA 18966

                                      Respectfully Submitted:

                                      Stern & Eisenberg, PC

By:    /s/ William E. Miller, Esquire
        ☒ William E. Miller, Esquire
        Stern & Eisenberg, PC
        1581 Main Street, Suite 200
        The Shops at Valley Square
        Warrington, PA 18976
        Phone:  (215) 572-8111
        Facsimile:  (215) 572-5025
        Bar Number:  308951
        wmiller@sterneisenberg.com

Date:  December 14, 2016