United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 15-13958-mdc
Harry C. Brown, Jr.                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 1              Date Rcvd: Feb 02, 2017
                              Form ID: pdf900           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2017.
db             +Harry C. Brown, Jr.,    111 Oakley Road,    Upper Darby, PA 19082-1410
13539895       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
13566491        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13539900       +Upper Darby Township,    100 Garrett Road,    Upper Darby, PA 19082-3135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Feb 03 2017 01:51:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 03 2017 01:51:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 03 2017 01:51:31     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13539894       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Feb 03 2017 01:51:18     Asset Acceptance,
                 Attn: Bankrupcy Dept,    Po Box 2036,    Warren, MI 48090-2036
13604024       +E-mail/Text: bankruptcy@cavps.com Feb 03 2017 01:51:28     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13539896       +E-mail/Text: HWIBankruptcy@hunterwarfield.com Feb 03 2017 01:51:25     Hunter Warfield,
                 Attention: Collections Department,    4620 Woodland Corporate Blvd,    Tampa, FL 33614-2415
13539897        E-mail/Text: cio.bncmail@irs.gov Feb 03 2017 01:50:58     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13539898        E-mail/Text: camanagement@mtb.com Feb 03 2017 01:51:01     M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr 2nd Floor,    Williamsville, NY 14221
13553138        E-mail/Text: camanagement@mtb.com Feb 03 2017 01:51:01     M&T BANK,    PO BOX 1288,
                 Buffalo, NY 14240
13585426        E-mail/Text: bankruptcy@td.com Feb 03 2017 01:51:25     TD Bank N.A.,    Attn: Bankruptcy Dept.,
                 ME2-002-035,    P.O. Box 9547,    Portland, ME 04112-9547
13539899       +E-mail/Text: bankruptcy@td.com Feb 03 2017 01:51:25     Td Bank N.a.,    PO Box 1190,
                 Lewiston, ME 04243-1190
                                                                                                TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Lakeview Loan Servicing, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL SETH SCHWARTZ    on behalf of Debtor Harry C. Brown, Jr. msbankruptcy@verizon.net
              THOMAS I. PULEO    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD MILLER    on behalf of Creditor    Lakeview Loan Servicing, LLC
               wmiller@sterneisenberg.com, bkecf@sterneisenberg.com
                                                                                                TOTAL: 6

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HARRY C. BROWN, JR.                            Chapter 13

                    Debtor              Bankruptcy No. 15-13958-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this _____ day of __February__, 2017, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-

Debtor:
HARRY C. BROWN, JR.

111 OAKLEY ROAD

UPPER DARBY, PA 19082-